UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KENDELL JAHAN BURRELL,<br><br>  Defendant. | Case No. 2:24-mj-01000-EJY<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on January 2, 2025 at the hour of 4:00 p.m., be vacated and continued to March 26, 2025 at the hour of 9:30 a.m.

DATED this 23rd day of December, 2024.

_____
UNITED STATES MAGISTRATE JUDGE